[No. 12274-0-II.  Division Two.  July 10, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID A.
HIGGINS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 87-1-00204-0, David E. Foscue, J.,
entered October 16, 1987. *Affirmed* by unpublished opinion
per Green, J., concurred in by Thompson, C.J., and Munson, J.

[No. 9395-6-III.  Division Three.  July 11, 1989.]

WILLIAM MESSERLY, ET AL, *Appellants*, v. ASAMERA
MINERALS, (U.S.) INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for
Chelan County, No. 87-2-00113-4, Fred Van Sickle, J.,
entered May 25, 1989. *Affirmed* by unpublished opinion per
Green, J., concurred in by Thompson, C.J., and Munson, J.
Now published at 55 Wn. App. 811.

[No. 9642-4-III.  Division Three.  July 11, 1989.]

THE CITY OF MOSES LAKE, *Respondent*, v. PAMP MAIERS,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Grant
County, No. 85-2-00618-2, Clinton J. Merritt, J., entered
October 21, 1988. *Affirmed* by unpublished opinion per
Shields, J., concurred in by Thompson, C.J., and Green, J.

[No. 9264-0-III.  Division Three.  July 11, 1989.]

LIDKA SYKORA, *Appellant*, v. CARNATION COMPANY,
*Respondent*.

Appeal from a judgment of the Superior Court for Adams
County, No. 87-2-00055-2, Willard A. Zellmer, J., entered
March 29, 1988. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Thompson, C.J., and Green, J.